MICHAEL DONNELLY, Respondent, *v.* PATRICK J. McARDLE, Appellant.

*Donnelly* v. *McArdle,* 152 App. Div. 805, affirmed.
(Argued March 24, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 31, 1912, modifying and affirming as modified an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and a final judgment entered upon the report of a referee in an action for a copartnership accounting.

*Andrew J. Nellis* for appellant.

*Joseph F. Daly, James W. Osborne, Gilbert D. Lamb* and *A. B. Schleimer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: CARDOZO, J.